UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19mj03510-McAliley

UNITED STATES OF AMERICA

v.

DAVID ANTHONY BRYAN,

        Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
Kiran N. Bhat
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 1008370
99 N.E. 4th Street
Miami, FL 33172
Tel: (305) 961-9103
Fax: (305) 530-7976
Email: kiran.bhat@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| DAVID ANTHONY BRYAN, | ) Case No. 19mj03510-McAliley |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 19, 2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(3) | Unlawful possesion of over 15 unauthorized access devices |
| 18 U.S.C. § 1029(a)(4) | Unlawful possesion of access device manufacturing equipment |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Det. Sandra Marquez, TFO, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/20/2019

*Judge's signature*

City and state: Miami, Florida        Hon. Chris M. McAliley
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sandra Marquez, being duly sworn, do hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been an officer with the City of Aventura Police Department for nine years. For the past five years, I have been assigned to the Aventura Police Department Criminal Investigations Unit. Currently, I am also assigned as a sworn Task Force Officer with the United States Secret Service ("USSS"). I have experience conducting criminal investigations, including with search warrants, arrest warrants, identification of fraudulent credit cards, debit cards, and identification materials, and identification of records associated with identity theft. I have experience interviewing subjects involved in several types of identity theft schemes, including credit card frauds, account takeovers, counterfeit identification cards, and manufacturing of counterfeit credit cards. My training and experience has made me familiar with the manner in which subjects in South Florida use the personal identification information of others for criminal purposes. I am an investigative law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under the authority of Title 18, United States Code, Section 3056.

2. I submit this Affidavit in support of a criminal complaint against David Anthony Bryan ("BRYAN"). As explained below, there is probable cause to believe that on or about September 19, 2019, in Miami-Dade County, in the Southern District of Florida, BRYAN violated federal law by, knowingly and with the intent to defraud, possessing (i) over fifteen unauthorized access devices in violation of Title 18, United States Code, Section 1029(a)(3) and (ii) access device manufacturing equipment in violation of Title 18, United States Code, Section 1029(a)(4).

3. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers, bank investigators, and other Special Agents with the USSS involved in this investigation. I have not included in this Affidavit each and every fact known to me or to other law enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause to arrest BRYAN for the violations described above.

## PROBABLE CAUSE

4. The Florida Department of Corrections Probation Services ("Florida Probation") decided to conduct a probation search of BRYAN's residence pursuant to BRYAN's active term of supervision, which began on March 19, 2019. BRYAN's Florida Probation officer contacted local law enforcement at the Miami-Dade Police Department ("MDPD") to be present for the probation search.

5. On September 19, 2019, officers from Florida Probation and MDPD went to BRYAN's residence located at 20513 NW 22nd Place, Miami, Florida 33056. Upon making contact with BRYAN, the Florida Probation officer informed BRYAN that she was present to conduct a search pursuant to the conditions of his probation agreement.

6. BRYAN directed the Florida Probation officer to his room, which was located in the southeast corner of the residence. Upon entering the room, the Florida Probation officer noticed in plain view a credit card encoding device connected via a USB cable to a black laptop computer; several access devices in names other than the known occupants of the residence; and a list of what appeared to be names, dates of birth, social security numbers, and account numbers.

7. After observing these items, BRYAN's Florida Probation officer notified the MDPD officers on the scene. These MDPD officers secured the residence and obtained a state

search warrant that permitted a search of the premises, the seizure of evidence of criminal activity, and the further forensic search of electronic devices that could contain additional evidence of criminal activity. Upon executing the state search warrant, law enforcement found and seized from BRYAN's room a credit card encoding device, several paper pages containing over 100 individuals' personal identification information such as social security numbers and dates of birth, several re-encoded credit cards, and mail from various banking institutions addressed to individuals other than the known residents of the premises. Some of the individuals who have personal identification information listed on the seized paper pages are listed with addresses outside the state of Florida. Law enforcement also found and seized BRYAN's wallet from his room. This wallet contained an identification card in BRYAN's name issued by the state of Florida as well as several re-encoded credit/debit cards embossed with BRYAN's name.

8. Following the search, law enforcement made contact with fraud investigators from several of the banks listed on the mail recovered from BRYAN's room addressed to individuals other than the known residents of the premises. Law enforcement learned from these fraud investigators that several of the account owners had reported that someone had changed the mailing address on their accounts to BRYAN's address without proper or lawful authority and had made several fraudulent purchases.

9. Law enforcement also made contact with a family member of an individual whose personal identification information was in BRYAN's room and, through this contact, confirmed that the individual had been the victim of a fraud.

## CONCLUSION

10. Based on the above information, I respectfully submit that there is probable cause to believe that on or about September 19, 2019, in Miami-Dade County, in the Southern District

of Florida, BRYAN knowingly and willfully, with the intent to defraud, possessed (i) fifteen or more unauthorized access devices in violation of Title 18, United States Code, Section 1029(a)(3) and (ii) access device making equipment in violation of Title 18, United States Code, Section 1029(a)(4).

**FURTHER AFFIANT SAYETH NAUGHT**

_____
SANDRA MARQUEZ, TASK FORCE OFFICER
UNITED STATES SECRET SERVICE

Subscribed and sworn to before me on this 20th day of September, 2019

_____
HON. CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE